**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-50502 |
| Plaintiff - Appellee, | D.C. No. 3:14-cr-01315-LAB |
| v. | |
| CHRISTIAN ARMANDO VALLE-MENDIVIL, a.k.a. Christian Valle-Mendivil, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Southern District of California
Larry A. Burns, District Judge, Presiding

Submitted October 14, 2015[**]

Before:    SILVERMAN, BYBEE, and WATFORD, Circuit Judges.

Christian Armando Valle-Mendivil appeals from the district court's

judgment and challenges the 75-month sentence imposed following his guilty-plea

conviction for importation of methamphetamine, in violation of 21 U.S.C. §§ 952,

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

960.  We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Valle-Mendivil contends that the district court erred by declining to award a minor-role adjustment under U.S.S.G. § 3B1.2(b).  We review a district court's interpretation of the Guidelines de novo and its determination that a defendant was not a minor participant for clear error.  *See United States v. Hurtado*, 760 F.3d 1065, 1068 (9th Cir. 2014), *cert. denied*, 135 S. Ct. 1467 (2015).  The record reflects that the court properly applied the Guidelines and our precedent, considering the totality of the circumstances, as well as Valle-Mendivil's understanding of the scheme and his role in the smuggling operation.  *See id*. at 1068-69.  The district court properly considered the quantity of drugs, the compensation involved, and the fact that Valle-Mendivil allowed the vehicle to be registered in his name.  Because "[a]ny of these facts alone may justify denial of a minor role," *id*., the district court did not clearly err in denying the adjustment.

**AFFIRMED.**

14-50502